# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DANNY DARNELL JONES,<br><br>    *Plaintiff*,<br><br>vs.<br><br>BUREAU OF THE ALCOHOL, TOBACCO, FIREARM,.*et al.*<br><br>    *Defendants*. | 2:06-cv-01629-JCM-RJJ<br><br>ORDER |

Plaintiff, a detainee in the custody of the North Las Vegas Detention Center, has submitted an application to proceed *in forma pauperis* (#2) with a civil rights complaint. The application to proceed *in forma pauperis* is incomplete because it lacks a copy of plaintiff's inmate account statement, as required by 28 U.S.C. § 1915(a)(2) and Local Rule LSR1-2.

IT THEREFORE IS ORDERED that the application to proceed *in forma pauperis* (#2) is DENIED without prejudice.

IT FURTHER IS ORDERED that this action shall be DISMISSED without prejudice to plaintiff's commencement of a new action in which he submits a new complaint and either pays the full filing fee or submits a properly completed application to proceed *in forma pauperis*.

IT FURTHER IS ORDERED that the Clerk of Court shall send plaintiff two copies each of a civil rights complaint form and an application form to proceed *in forma pauperis* for

1  incarcerated persons.  The Clerk further shall return a copy of the papers that plaintiff filed
2  in this action.
3       The Clerk of Court shall enter final judgment accordingly.
4       DATED this 17th day of January, 2007.

                                                                  /s/ James C. Mahan
                                         UNITED STATES DISTRICT JUDGE